Núm. 7214. — FRANCESCHI, apltes. *v.* CLAUDIO, apldos. — C. D. Ponce. Marzo 10, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, los únicos supuestos errores señalados por los apelantes son:

"Primer error: Erró la corte al opinar que los demandantes no probaron hechos esenciales para obtener la orden de *injunction* para retener la posesión que solicitan.

"Segundo error: Erró la corte al opinar que los demandantes no han probado que estuvieran en posesión material de la finca por los sitios donde trazaron la cerca.

"Tercer error: Erró la corte al opinar que colindante con la finca de los demandantes los demandados y Pedro Claudio poseen una parcela de ocho cuerdas.

"Cuarto error: Erró la corte al opinar que el hecho de que se declarara que el alcalde dió su consentimiento para variar el camino demuestra que los

demandantes no estaban en posesión, aparte de que el consentimiento del alcalde no implica que él tuviera autoridad de acuerdo con la Ley Municipal.''

POR CUANTO, examinados los alegatos y la prueba no encontramos en la apreciación de ésta error alguno tan manifiesto que exija una revocación de la sentencia apelada;

POR CUANTO, los hechos en el caso de *Cividanes* v. *Obén* y *Vázquez*, 34 D.P.R. 802, citado por los apelantes eran muy distintos a los del presente;

POR CUANTO, la objeción del demandante y apelante referente a las supuestas admisiones contenidas en la contestación ha sido suscitada muy tardíamente (*Blanco Fresno* v. *Royal Insurance Co.*, 43 D.P.R. 433, 435; *Ana María Sugar Co.* v. *Castro et al.*, 28 D.P.R. 241):

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce en septiembre 17, 1935.